IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**     *

    v.     *     Case No. SAG-22-0260

**BRETT HILL**     *

*   *   *   *   *   *   *   *   *   *   *   *   *

## MOTION FOR POSTPONEMENT OF TRIAL DATE

Now comes the Defendant, by his attorney, Law Offices of Gerald C. Ruter, and requests the Court to postponement the current trial date and for reasons says as follows:

1. Mr. Hill is charged by indictment with 16 counts of failure to collect or pay over employment withholding taxes as well as employer matching withholding taxes, in violation of 26 U.S.C 7202.

2. Mr. Hill was indicted on July 26, 2022.

3. The Federal Defender's Office was appointed to represent Mr. Hill on August 4, 2022, and he was arraigned the same day.

4. An attorney Inquiry hearing was held on June 21, 2023.

5. As a result, undersigned counsel was appointed on June 28, 2023.

6. On September 11, 2023, the Court scheduled this case for trial to commence on July 22, 2024.

7. Counsel has a trial commencing on June 17, 2024, expected to end on June 28, 2024, in *United States v. Rich*, BAH-21-432.

8. Counsel has been spending considerable time in preparation of the trial of that case; however, counsel had a reasonable belief that that case would be resolved short of trial and as of early this week has learned the case will not resolve short of trial.

9. Counsel believed he cannot adequately prepare for this case given the impending trial and his expecting to be out of the state from July 1 through July 6, 2024.

10. The government, through Shawn Noud from the DOJ, Tax Division, does not oppose this request, although the government would like to see the case be heard this year.

11. Counsel would agree to the additional exclusion of time under the Speedy Trial Act.

**WHEREFORE**, it is prayed the Court find good cause to postpone the case to a date to be determined.

       Respectfully Submitted,

       /s/ Gerald C. Ruter
       _____
       Law Offices of Gerald C. Ruter
       9411 Philadelphia Road, Suite O
       Baltimore, Maryland 21237
       (410) 238-8000
       Ruterlaw@verizon.net

**Certificate of Service**

I hereby certify that this document was sent electronically by CM/ECF to all counsel of record on this 14th day of June, 2024.

/s/ Gerald C. Ruter
_____
Gerald C. Ruter